■ GAETANO DEMETRIO, Respondent, v STEWART TITLE INSURANCE COMPANY, Appellant. [998 NYS2d 915]—In an action to recover damages for breach of a title insurance policy, the defendant appeals from an order of the Supreme Court, Richmond County (Fusco, J.), dated December 19, 2013, which granted that branch of the plaintiff's motion which was for summary judgment on the issue of liability, and denied, in part, its cross motion for leave to amend its answer.

Ordered that the appeal from so much of the order as denied, in part, the defendant's cross motion for leave to amend its answer is dismissed as academic; and it is further,

Ordered that the order is reversed insofar as reviewed, on the law, and that branch of the plaintiff's motion which was for summary judgment on the issue of liability is denied; and it is further,

Ordered that one bill of costs is awarded to the defendant.

The underlying facts are described in our decision on the related appeal from an order dated March 26, 2013 (see *Demetrio v Stewart Tit. Ins. Co.*, 124 AD3d 824 [2015] [decided herewith]). In the order appealed from here, the Supreme Court granted that branch of the plaintiff's later motion which was for sum-

mary judgment on the issue of liability, and denied, in part, the defendant's cross motion for leave to amend its answer. The defendant appeals.

The Supreme Court erred in granting that branch of the plaintiff's motion which was for summary judgment on the issue of liability (*see id.*).

In light of the determination on the related appeal (*see id.*), the appeal from so much of the order dated December 19, 2013, as denied, in part, the defendant's cross motion for leave to amend its answer has been rendered academic. Rivera, J.P., Dickerson, Roman and Cohen, JJ., concur.